MAHONING COUNTY BAR ASSOCIATION *v.* DANIELS.

[Cite as *Mahoning Cty. Bar Assn. v. Daniels* (1998), 82 Ohio St.3d 5.]

(No. 97–2726—Submitted February 18, 1998—Decided May 13, 1998.)

6

*Constant A. Prassinos,* for relator.

———

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board in this matter. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.